In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00297-CV
_____

**LAKE CONROE ASSOCIATION, SUSANNE MITCHELL ALLEN, AND ROBERT FERRANTE, Appellant**

**V.**

**THE CITY OF HOUSTON AND THE SAN JACINTO RIVER AUTHORITY, Appellees**

_____

**On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 21-03-04382-CV**
_____

**MEMORANDUM OPINION**

Lake Conroe Association, Susanne Mitchell Allen, and Robert Ferrante, appellants, by motion, ask that the Court dismiss their appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is unopposed. And the appellants filed the motion before the Court decided the appeal.

1

Accordingly, the Court grants the motion and dismisses the appeal. *See* Tex.

R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on April 20, 2022
Opinion Delivered April 21, 2022

Before Golemon, C.J., Kreger and Horton, JJ.